```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :    NOTICE OF INTENT TO
                                        FILE INFORMATION
         - v. -                    :

JOSE MIGUEL RODRIGUEZ,             :
    a/k/a "Miguel,"                :
                                   :
                  Defendant.       :
- - - - - - - - - - - - - - - - - -x
```

**ORIGINAL**

JUDGE STERN

07 CRIM. 438

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 4, 2007

MICHAEL J. GARCIA
United States Attorney

By: /s/ Glen G. McGorty
GLEN G. McGORTY
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: /s/ Donald DuBoulay
Donald DuBoulay, Esq.
Counsel for the Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/07

5/9/07 WHEEL A