UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

U.S.A. vs. Rodriguez                                  Docket No. 07 CR 438-01

Petition for Action on Conditions of Pretrial Release

COMES NOW NATASHA RAMESAR, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Miguel Rodriguez who was placed under Pretrial Services supervision by United States Magistrate Judge Michael H. Dolinger on February 21, 2007, with the following conditions:

-$1,000,000 personal recognizance bond cosigned by 4 financially responsible persons and secured by the defendant's home located at 1942 Wallace Ave., Bronx, NY
-Strict Pretrial Services supervision
-Surrender of all travel documents/no new applications
-Travel restricted to the Southern and Eastern Districts of NY

On May 18, 2007, the defendant appeared before United States Magistrate Judge Henry B. Pitman for arraignment on the felony information and entered a plea of not guilty. This case was assigned to Your Honor for all purposes.

On August 16, 2007, the defendant appeared before Your Honor for a change of plea hearing where he withdrew his previously entered plea of not guilty and entered a plea of guilty to the felony information. A PSI was ordered and sentencing was set for 2/15/08. The defendant's sentencing date has been adjourned to 8/8/08.

Respectfully presenting petition for action of Court and for cause as follows:

Since the defendant's release on bail through May 2007, he reported in person and by telephone weekly. Since May 2007, the defendant has reported in person twice a month and reported by telephone weekly. He has maintained employment, incurred no new arrests and has complied with all conditions of his release. As such, we recommend that the defendant's bail be modified to remove Pretrial Services supervision, with all other conditions remaining in effect. We have discussed the matter with Assistant U.S. Attorney Glen McGorty who advised that he has no objection to this modification.

Praying that the Court will modify the defendant's bail to remove the condition of Pretrial Services supervision.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __14th__ day of __May__, 20_08_ and ordered filed and made a part of the records in the above case. | *Natasha Ramesar* (signature)<br>Natasha Ramesar<br>U.S. Pretrial Services Officer |
| *(signature)*<br>Honorable Sidney H. Stein<br>U.S. District Judge | Approved by,<br>*(signature)*<br>Regina M. Joyner<br>Supervising U.S. Pretrial Services Officer<br><br>Date: May 12, 2008 |

cc: Glen McGorty, Assistant U.S. Attorney
    Donald Duboulay, Defense Counsel